## NOTLEY v. BROWN.

ERROR TO THE SUPREME COURT OF THE TERRITORY OF HAWAII.

No. 361.　Motion to dismiss or affirm.—Submitted January 25, 1909.—Decided February 1, 1909.

Writ of error dismissed for want of jurisdiction, it appearing that the merits of the case had been finally determined by the Supreme Court of Hawaii before the passage of the act of March 3, 1905, c. 1465, 33 Stat. 1035, extending the jurisdiction here to review of cases from that court involving over five thousand dollars.

*Mr. Aldis B. Browne, Mr. Alexander Britton, Mr. Henry Holmes* and *Mr. W. L. Stanley* in support of the motion.

*Mr. Robert M. Morse* and *Mr. William M. Richardson* for plaintiffs in error.

*Per Curiam:* Writ of error dismissed. *Crawford* v. *Naller*, 111 U. S. 796; *Insurance Company* v. *Comstock*, 16 Wall. 258; *Notley* v. *Brown*, 208 U. S. 429.

———————

*Decisions on Petitions for Writs of Certiorari from October 12, 1908, to February 23, 1909.*

No. 403. ROBERT A. GRAHAM, PETITIONER, v. THE OREGON RAILROAD & NAVIGATION COMPANY. October 19, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas D. Rambaut* and *Mr. C. Larue Munson* for petitioner. *Mr. Maxwell Evarts* for respondent.